# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

TO: UNITED STATES MARSHAL                    DATE:  8/6/18

RE: CASE #  CR-18-633-PHX-GMS

THE UNITED STATES MARSHAL IS AUTHORIZED TO RELEASE:

Defendant  Rolando Flores-Valenzuela      (USM #95953-308)

FROM CUSTODY PURSUANT TO THE COURT'S ORDER MADE IN OPEN COURT THIS DATE.

  X   Time Served

 ___  Probation

 ___  Dismissal

ADDITIONAL INSTRUCTIONS:

BRIAN D. KARTH, CLERK/DCE

By: _____
Kathleen Zoratti
Courtroom Deputy

cc: USM by CD